UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| WIKENS CESAIRE | : | DOCKET NO. 2:09-cv 0255 |
| --- | --- | --- |
| | | Section P |
| VS. | : | JUDGE MELANÇON |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE HILL |

### J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this *habeas corpus* petition be **DENIED** and **DISMISSED without prejudice**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26th day of May, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE